FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

03 JUL 24 PM 2:57

CLERK
MIDDLE DIS[T]
ORLA[NDO FL]

**CLARENCE ROWE,**

        Plaintiff,

-vs-                          Case No. 6:02-cv-1295-Orl-31KRS

**CITY OF COCOA, FLORIDA,**
**JUDY PARRISH,**

        Defendants.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of the defendants, *CITY OF COCOA, FLORIDA and JUDY PARRISH,* and against the plaintiff, *CLARENCE ROWE.*

Date: July 24, 2003

                                      SHERYL L. LOESCH, CLERK

                                      By: _____
                                            M. Pleicones, Deputy Clerk

F I L E   C O P Y

Date Printed: 07/24/2003

Notice sent to:

___  Lisa Kuhlman Tietig, Esq.
     Tietig & Tietig
     6065 S. Tropical Trail
     Merritt Island, FL   32952

     6:02-cv-01295      maa

___  Mark E. Tietig, Esq.
     Tietig & Tietig
     6065 S. Tropical Trail
     Merritt Island, FL   32952

     6:02-cv-01295      maa

___  Usher L. Brown, Esq.
     Brown, Salzman, Weiss & Garganese, P.A.
     225 E. Robinson St., Suite 660
     P.O. Box 2873
     Orlando, FL   32802-2873

     6:02-cv-01295      maa

___  Anthony A. Garganese, Esq.
     Brown, Salzman, Weiss & Garganese, P.A.
     225 E. Robinson St., Suite 660
     P.O. Box 2873
     Orlando, FL   32802-2873

     6:02-cv-01295      maa

___  Philip Fougerousse
     Fraxedas Mediation Firm
     1051 Winderley Place, Suite 201
     Maitland, FL   32751

     6:02-cv-01295      maa